# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Patricia Chase,

        Plaintiff,                  Criminal No. 10-385 (RHK/RLE)

vs.                                            **ORDER**

National Credit Adjusters LLC, a foreign
limited liability company,

        Defendant.

---

       This matter is venued in the Sixth Division.

       All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: February 17, 2010

                                                   s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge