**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Patricia Chase, | Civil No. 10-385 (RHK/RLE) |
| Plaintiff, | **ORDER** |
| vs. | |
| National Credit Adjusters, LLC, a foreign limited liability company, | |
| Defendant. | |

Based upon the Plaintiff's Notice of Dismissal With Prejudice (Doc. No. 4) as to Defendant National Credit Adjusters, LLC., **IT IS ORDERED** that Plaintiff's claims against Defendant National Credit Adjusters, LLC., are hereby **VOLUNTARILY DISMISSED WITH PREJUDICE** in their entirety, on the merits, and each party shall bear their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 23, 2010

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge